UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>　　　　Plaintiff,<br>　　v.<br>D S HOSPITALITY, LLC,<br>　　　　Defendant. | Case No. 16-cv-06750-TEH<br><br>**ORDER REQUESTING REASSIGNMENT** |

This Court has granted Peter Kristofer Strojnik's motion to withdraw as counsel, and Plaintiff Theresa Brooke now represents herself. The Court no longer hears non-prisoner matters involving pro se litigants and therefore requests that this case be reassigned.

**IT IS SO ORDERED.**

Dated:   12/12/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　United States District Judge