UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>D S HOSPITALITY, LLC,<br><br>        Defendant. | Case No. 16-cv-06750-VC<br><br>**ORDER TO SHOW CAUSE** |

    Brooke's prospective injury appears to stem from her desire to return to "the location of Defendant's hotel" – in this case Livermore – for "planned personal and business trips . . . in light of new business developments in which she recently became involved." Compl. (Dkt. 1) at ¶ 29. Over the past ten months, Brooke has made similar statements, with similar references to intended visits and local "business developments," regarding hotels in Napa,[1] American Canyon,[2] Union City,[3] Newark,[4] Milpitas,[5] Santa Clara,[6] San Jose,[7] Campbell,[8] Cupertino,[9] Los Gatos,[10] Gilroy,[11] Salinas,[12] Dixon,[13] Davis,[14] Woodland,[15] West Sacramento,[16] Sacramento,[17]

---

[1] Dkt. 1 at ¶ 29, *Brooke v. No Winery Access Here, LLC*, 16-cv-4162 (N.D. Cal. July 24, 2016).
[2] Dkt. 1 at ¶ 29, *Brooke v. Napa Junction Retail, LLC*, 16-cv-4161 (N.D. Cal. July 24, 2016).
[3] Dkt. 1 at ¶ 29, *Brooke v. Lotus Hotels - Union City, LLC*, 16-cv-6752 (N.D. Cal. Nov. 22, 2016).
[4] Dkt. 1 at ¶ 29, *Brooke v. Triyar SV LLC*, 16-cv-6770 (N.D. Cal. Nov. 23, 2016).
[5] Dkt. 1 at ¶ 29, *Brooke v. Milpitas Comfort Inn, LLC*, 16-cv-6753 (N.D. Cal. Nov. 22, 2016).
[6] Dkt. 1 at ¶ 29, *Brooke v. Kang Family Partners, LP*, 16-cv-4157 (N.D. Cal. July 24, 2016).
[7] Dkt. 1 at ¶ 29, *Brooke v. Perusina*, 16-cv-4164 (N.D. Cal. July 24, 2016).
[8] Dkt. 1 at ¶ 29, *Brooke v. SSM Hotels, LLC*, 16-cv-4168 (N.D. Cal. July 24, 2016).
[9] Dkt. 1 at ¶ 29, *Brooke v. Forge-Vidovich Motel L.P.*, 16-cv-4203 (N.D. Cal. July 25, 2016).
[10] Dkt. 1 at ¶ 29, *Brooke v. Gatewood, LLC*, 16-cv-4155 (N.D. Cal. July 23, 2016).
[11] Dkt. 1 at ¶ 29, *Brooke v. Super 8 Worldwide, Inc.*, 16-cv-6754 (N.D. Cal. Nov. 22, 2016).
[12] Dkt. 1 at ¶ 29, *Brooke v. Maha Shiv Shakti Corp.*, 16-cv-4204 (N.D. Cal. July 25, 2016).
[13] Dkt. 1 at ¶ 29, *Brooke v. SBS-NN Hosp., LLC*, 16-cv-2046 (E.D. Cal. Aug. 25, 2016).
[14] Dkt. 1 at ¶ 29, *Brooke v. SONA Invs.*, 16-cv-2047 (E.D. Cal. Aug. 25, 2016).

Elk Grove,[18] Roseville,[19] Stockton,[20] Modesto,[21] Turlock,[22] Merced,[23] Fresno,[24] Clovis,[25] Hanford,[26] Visalia,[27] Tulare,[28] Bakersfield,[29] San Luis Obispo,[30] Oxnard,[31] Port Hueneme,[32] Simi Valley,[33] Valencia,[34] Stevenson Ranch,[35] Westlake Village,[36] Agoura Hills,[37] Glendale,[38] Pasadena,[39] Arcadia,[40] Monrovia,[41] Azusa,[42] San Dimas,[43] Diamond Bar,[44] Pomona,[45] Ontario,[46] Rancho Cucamonga,[47] Fontana,[48] Rialto,[49] Bloomington,[50] Riverside,[51] Corona,[52] Banning,[53] Huntington Beach,[54] Anaheim,[55] Orange,[56] Costa Mesa,[57] Newport Beach,[58] Laguna Beach,[59]

---

[15] Dkt. 1 at ¶ 29, *Brooke v. BOJAC Invs. LLC*, 16-cv-2040 (E.D. Cal. Aug. 25, 2016).
[16] Dkt. 1 at ¶ 29, *Brooke v. SAV Tex. LLC*, 16-cv-2069 (E.D. Cal. Aug. 29, 2016).
[17] Dkt. 1 at ¶ 29, *Brooke v. Hoseit*, 16-cv-2045 (E.D. Cal. Aug. 25, 2016).
[18] Dkt. 1 at ¶ 29, *Brooke v. Calvine Hosp., LLC*, 16-cv-2042 (E.D. Cal. Aug 25, 2016).
[19] Dkt. 1 at ¶ 29, *Brooke v. BRE Select Hotels Props. LLC*, 16-cv-2041 (E.D. Cal. Aug. 25, 2016).
[20] Dkt. 1 at ¶ 29, *Brooke v. Pink Ocean Hosp., LLC*, 16-cv-2333 (E.D. Cal. Sept. 29, 2016).
[21] Dkt. 1 at ¶ 29, *Brooke v. Liljenquist Modesto Co., LLC*, 16-cv-1454 (E.D. Cal. Sept. 29, 2016).
[22] Dkt. 1 at ¶ 29, *Brooke v. KPK, Inc.*, 16-cv-1449 (E.D. Cal. Sept. 29, 2016).
[23] Dkt. 1 at ¶ 29, *Brooke v. Shivshakti Hosp., Inc.*, 16-cv-1613 (E.D. Cal. Oct. 25, 2016).
[24] Dkt. 1 at ¶ 29, *Brooke v. Metro Hosp. Servs., Inc.*, 16-cv-1455 (E.D. Cal. Sept. 29, 2016).
[25] Dkt. 1 at ¶ 29, *Brooke v. A&A Tarzana Plaza, L.P.*, 16-cv-1499 (E.D. Cal. Oct. 6, 2016).
[26] Dkt. 1 at ¶ 29, *Brooke v. Hanford Inv'rs, Inc.*, 16-cv-1521 (E.D. Cal. Oct. 10, 2016).
[27] Dkt. 1 at ¶ 29, *Brooke v. Interlink Props., L.P.*, 16-cv-1522 (E.D. Cal. Oct. 10, 2016).
[28] Dkt. 1 at ¶ 29, *Brooke v. Dae Sung & Hee Jae Cha Trust*, 16-cv-1520 (E.D. Cal. Oct. 10, 2016).
[29] Dkt. 1 at ¶ 29, *Brooke v. H&K P'ship*, 16-cv-1406 (E.D. Cal. Sept. 22, 2016).
[30] Dkt. 1 at ¶ 29, *Brooke v. Serafino Props., LLC*, 16-cv-5539 (C.D. Cal. July 25, 2016).
[31] Dkt. 1 at ¶ 29, *Brooke v. Brighton Mgmt., LLC*, 16-cv-5513 (C.D. Cal. July 24, 2016).
[32] Dkt. 1 at ¶ 29, *Brooke v. JMI 377 Channel Islands, LLC*, 16-cv-5925 (C.D. Cal. Aug. 9, 2016).
[33] Dkt. 1 at ¶ 29, *Brooke v. Simi West, Inc.*, 16-cv-6111 (C.D. Cal. Aug. 15, 2016).
[34] Dkt. 1 at ¶ 29, *Brooke v. LVS Hosp., LLC*, 16-cv-6114 (C.D. Cal. Aug. 15, 2016).
[35] Dkt. 1 at ¶ 29, *Brooke v. JSSK, LLC*, 16-cv-6113 (C.D. Cal. Aug. 15, 2016).
[36] Dkt. 1 at ¶ 29, *Brooke v. Dole Food Co.*, 16-cv-6112 (C.D. Cal. Aug. 15, 2016).
[37] Dkt. 1 at ¶ 29, *Brooke v. W. Coast Lodging Developers, LLC*, 16-cv-6117 (C.D. Cal. Aug. 15, 2016).
[38] Dkt. 1 at ¶ 29, *Brooke v. Newage Glendale, LLC*, 16-cv-4646 (C.D. Cal. June 25, 2016).
[39] Dkt. 1 at ¶ 29, *Brooke v. Am. Koyu Hotels, LLC*, 16-cv-4640 (C.D. Cal. June 25, 2016).
[40] Dkt. 1 at ¶ 29, *Brooke v. Dynasty Coachwork Int'l, Inc.*, 16-cv-4647 (C.D. Cal. June 25, 2016).
[41] Dkt. 1 at ¶ 29, *Brooke v. Core Monrovia, LLC*, 16-cv-4643 (C.D. Cal. June 25, 2016).
[42] Dkt. 1 at ¶ 29, *Brooke v. Patel Family Trust*, 16-cv-4655 (C.D. Cal. June 26, 2016).
[43] Dkt. 1 at ¶ 29, *Brooke v. RR San Dimas, LLC*, 16-cv-4652 (C.D. Cal. June 26, 2016).
[44] Dkt. 1 at ¶ 29, *Brooke v. Ayres - Diamond Bar, LP*, 16-cv-1104 (C.D. Cal. May 27, 2016).
[45] Dkt. 1 at ¶ 29, *Brooke v. RMDS Hosp. Grp., Inc.*, 16-cv-3751 (C.D. Cal. May 28, 2016).
[46] Dkt. 1 at ¶ 29, *Brooke v. DS Hotel Invs., Inc.*, 16-cv-1107 (C.D. Cal. May 27, 2016).
[47] Dkt. 1 at ¶ 29, *Brooke v. B J Win Hosp., Inc.*, 16-cv-1105 (C.D. Cal. May 27, 2016).
[48] Dkt. 1 at ¶ 29, *Brooke v. Lord Shiva, LLC*, 16-cv-1110 (C.D. Cal. May 27, 2016).
[49] Dkt. 1 at ¶ 29, *Brooke v. Rialto Inv. Co., LLC*, 16-cv-1114 (C.D. Cal. May 27, 2016).
[50] Dkt. 1 at ¶ 29, *Brooke v. Casa Juanita Apts., LLC*, 16-cv-1106 (C.D. Cal. May 27, 2016).
[51] Dkt. 1 at ¶ 29, *Brooke v. JD & Young Enter., Inc.*, 16-cv-4651 (C.D. Cal. June 26, 2016).
[52] Dkt. 1 at ¶ 29, *Brooke v. Lind*, 16-cv-4660 (C.D. Cal. June 26, 2016).
[53] Dkt. 1 at ¶ 29, *Brooke v. Sagemont-Banning, LLC*, 16-cv-4657 (C.D. Cal. June 26, 2016).
[54] Dkt. 1 at ¶ 29, *Brooke v. Shri Radha Shyam Sundar, Inc.*, 16-cv-0553 (C.D. Cal. Mar. 24, 2016).

San Juan Capistrano,[60] Dana Point,[61] San Clemente,[62] Palm Springs,[63] Cathedral City,[64] Palm Desert,[65] La Quinta,[66] Indio,[67] and Blythe.[68]

Brooke is ordered to show cause why this case should not be dismissed for lack of standing.  See D'Lil v. Best Western Encina Lodge & Suites, 538 F.3d 1031, 1037-39 (9th Cir. 2008).  Brooke's written response is due by January 12, 2017.  If the defendant wishes to submit a reply, it must do so by January 26, 2017.

Brooke must promptly serve this Order on the defendant.

**IT IS SO ORDERED.**

Dated:  December 15, 2016

_____
VINCE CHHABRIA
United States District Judge

---

[55] Dkt. 1 at ¶ 29, *Brooke v. Vantage Hosp. Grp., Inc.*, 16-cv-0621 (C.D. Cal. Apr. 4, 2016).
[56] Dkt. 1 at ¶ 29, *Brooke v. Best Western Int'l, Inc.*, 16-cv-0623 (C.D. Cal. Apr. 4, 2016).
[57] Dkt. 1 at ¶ 29, *Brooke v. Mesa Rajan & Nita Bhakta Trust*, 16-cv-0616 (C.D. Cal. Apr. 3, 2016).
[58] Dkt. 1 at ¶ 29, *Brooke v. Newport Hotel Holding LLC*, 16-cv-0426 (C.D. Cal. Mar. 5, 2016).
[59] Dkt. 1 at ¶ 29, *Brooke v. Tricom Mgmt., Inc.*, 16-cv-0618 (C.D. Cal. Apr. 4, 2016).
[60] Dkt. 1 at ¶ 29, *Brooke v. Capistrano Inn*, 16-cv-0372 (C.D. Cal. Mar. 1, 2016).
[61] Dkt. 1 at ¶ 29, *Brooke v. Dana Point Inn, LLC*, 16-cv-0352 (C.D. Cal. Feb. 29, 2016).
[62] Dkt. 1 at ¶ 29, *Brooke v. QSSC LLC*, 16-cv-0412 (C.D. Cal. Mar. 4, 2016).
[63] Dkt. 1 at ¶ 29, *Brooke v. No Vacancy, Tonight, LLC*, 16-cv-0810 (C.D. Cal. Apr. 26, 2016).
[64] Dkt. 1 at ¶ 29, *Brooke v. Wyndham Vacation Ownership, Inc.*, 16-cv-0892 (C.D. Cal. May 3, 2016).
[65] Dkt. 1 at ¶ 29, *Brooke v. Schuler*, 16-cv-0832 (C.D. Cal. Apr. 27, 2016).
[66] Dkt. 1 at ¶ 29, *Brooke v. LLQ Partners LLC*, 16-cv-0943 (C.D. Cal. May 9, 2016).
[67] Dkt. 1 at ¶ 29, *Brooke v. J.K.B. Bros., Inc.*, 16-cv-0815 (C.D. Cal. Apr. 26, 2016).
[68] Dkt. 1 at ¶ 29, *Brooke v. Regency Inn - Blythe, LLC*, 16-cv-0817 (C.D. Cal. Apr. 26, 2016).