UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D S HOSPITALITY, LLC,<br><br>　　　　Defendant. | Case No. 16-cv-06750-VC<br><br>**ORDER DISMISSING CASE FOR LACK OF STANDING**<br><br>Re: Dkt. No. 9 |

Brooke has not plausibly alleged either an interest in visiting or an intent to return to the defendant's hotel.  *See* Order to Show Cause (Dkt. No. 9).  This case is therefore dismissed for lack of standing.  *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 953 (9th Cir. 2011); *D'Lil v. Best Western Encina Lodge & Suites*, 538 F.3d 1031, 1036-37 (9th Cir. 2008).

The Clerk will serve a copy of this Order on the defendant's agent for service of process, as identified in the summons issued at Dkt. No. 4.

**IT IS SO ORDERED.**

Dated:  January 20, 2017

_____
VINCE CHHABRIA
United States District Judge